Nancy DUKES, d/b/a Louisiana
Concessions, Plaintiff-Appellant,

v.

The CITY OF NEW ORLEANS and
Honorable Moon Landrieu,
Defendants-Appellees.

No. 73–3979.

United States Court of Appeals,
Fifth Circuit.

Aug. 26, 1976.

Okla Jones, II, ACLU of La., Joseph Neves Marcal, III, Gen. Counsel, ACLU of La., William E. Rittenberg, George M. Strickler, Jr., New Orleans, La., for plaintiff-appellant.

Blake G. Arata, City Atty., Joel P. Loeffelholz, Asst. City Atty., New Orleans, La., for defendants-appellees.

Before WISDOM, GOLDBERG and GEE, Circuit Judges.

PER CURIAM:

In conformance with the opinion of the Supreme Court in this case [—— U.S. ——, 96 S.Ct. 2513, 48 L.Ed.2d ——, 1976], the judgment of the District Court for the Eastern District of Louisiana granting appellant city's motion for summary judgment is hereby AFFIRMED.

Harry Lee WILLIAMS,
Petitioner-Appellant,

v.

W. J. ESTELLE, Director, Texas Department of Corrections and C. V. Kern, Sheriff, Respondents-Appellees.

No. 73–3854.

United States Court of Appeals,
Fifth Circuit.

Aug. 27, 1976.

Ben L. Aderholt, Houston, Tex. (Court-appointed), for petitioner-appellant.

Joe S. Moss, Asst. Dist. Atty., Houston, Tex., for Kern.

E. Bruce Curry, Dunklin A. Sullivan, Sarah Shirley, Gilbert J. Pena, Asst. Attys. Gen., Austin, Tex., for Estelle.

Before TUTTLE, COLEMAN and AINSWORTH, Circuit Judges.

BY THE COURT:

Pursuant to the judgment of the Supreme Court of the United States dated May 3, 1976, —— U.S. ——, 96 S.Ct. 1691, 48 L.Ed.2d 126, reversing and remanding this cause to this Court for further proceedings in conformity with the opinion of the Supreme Court;

IT IS ORDERED that the judgment of this Court entered on September 6, 1974, 500 F.2d 206, is set aside, and the decision of the United States District Court for the Southern District of Texas is affirmed.